# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICKY M. WRIGHT,** | ) | |
| | ) | **8:04CV265** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **NEBRASKA HEALTH AND HUMAN** | ) | |
| **SERVICES SYSTEM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the Joint Stipulation for Dismissal With Prejudice of the parties for dismissal of the above-captioned matter (Filing No. 63). The Court, being fully advised in the premises, finds that such an Order should be granted.

**IT IS ORDERED** that this matter is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 1st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge